■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL IDOWU, Appellant. [28 NYS3d 869]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Analisa Torres, J.), rendered July 25, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Kapnick and Gesmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMEL WIGGINS, Appellant. [28 NYS3d 870]—Judgment, Supreme Court, New York County, (Edward J. McLaughlin, J., at plea; Richard D. Carruthers, J.,' at sentencing), rendered May 15, 2013, convicting defendant of burglary in the second degree, and sentencing him to a term of 3½ years, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Kapnick and Gesmer, JJ.